MJStar Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): 8 min

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 17 2019

JAMES W. McCORMACK, CLERK 
By: _____
DEP CLERK

United States of America

v.

Case No.: 4:19CR00037-09 BSM

Amanda Hopkins

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 9/17/2019
Continued Until: _____
Reason for continuance _____

Deft is ✓ is not ____ in custody
____ Deft did not appear
____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Kristin Bryant**
Defense Counsel: Tony Bemcll   (Appointed / **Retained**)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty ✓
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

✓ Demands Trial by Jury

____ Waives Jury Trial
Deft agrees _____
Govt agrees _____

### BAIL

Bail Set at: OR   By: JV   Date: 9/17/19

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **3 days**
Estimated Trial Date: **10/21/2019 @ 9:30 a.m.**, before the Honorable Judge Brian S. Miller in Room 2D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.

Other: _____

DATE: 9/17/2019

SO ORDERED: _____
U. S. MAGISTRATE JUDGE