(Post. 4/4/12)

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

V.                                    Case No.:      4:19CR00037-09 BSM

Amanda Hopkins

---

TYPE OF CASE:

☐ **CIVIL**          ☒ **CRIMINAL**

---

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse | **2D** |
| 500 W Capitol Avenue | DATE AND TIME |
| Little Rock AR 72201 | **10/21/2019 at 9:30 a.m.** |

TYPE OF PROCEEDING

**JURY TRIAL before the Honorable Brian S. Miller, U.S. District Judge.**

---

☐   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

C. Newton
(BY) DEPUTY CLERK