# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 2 3 2019

JAMES W. McCORMACK, CLERK
By:_____
                         DEP CLERK

| United States of America | |
|---|---|
| v. | Case No.: 4:19CR00037-09 BSM |
| Amanda Hopkins | |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Amanda Hopkins**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: **21 USC 846: Conspiracy to PWID Meth, 21 USC 841: Distribution of meth, 21 USC 841: PWID meth, as further explained in the attached documents.**

Date: September 6, 2019

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 09/06/19, and the person was arrested on *(date)* 09/17/19
at *(city and state)* Greenbrier, AR

Date: 09/17/19

James Burroughs by D. Carbonne
*Arresting officer's signature*

James Burroughs, TFO/USMS
*Printed name and title*