## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**V.**                          **4:19CR00037BSM**

**AMANDA HOPKINS**                                          **DEFENDANT**

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, Amanda Hopkins, by and through his attorney, Toney Brasuell of the Brasuell Law Firm, and for his motion states as follows:

1.      A jury trial is scheduled for October 21, 2019.

2.      Undersigned counsel has not received discovery.  Defendant will need time to receive and review discovery, meet with his client, and prepare for trial.

3.      Defendant agrees to toll speedy trial.  The Assistant U.S. Attorney does not object to this request.

4.      This motion is not being filed for the purpose of delay.

WHEREFORE, premises considered, Defendant prays this court grant the motion and for all other relief the court deems necessary and proper.

Respectfully submitted,

**Toney Brasuell**
ABA No. 2005279
Brasuell Law Firm, PLLC
300 S. Spring St., Suite 416
Little Rock, AR 72201
(501) 404-7111-phone
(501) 325-2135-fax

toney@brasuelllawfirm.com

***Attorney for Hopkins***