IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                              CASE NO. 4:19-CR-00037-BSM

AMANDA HOPKINS                                                                      DEFENDANT

## ORDER

Amanda Hopkins's pro se motion to reduce her sentence [Doc. No. 481] is denied because amendment 821 to the federal sentencing guidelines was applied when she was sentenced on November 15, 2023. Doc. No. 435. Additionally, Hopkins's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2). . . ." Doc. No. 396 at 3. Because Hopkins knowingly and voluntarily entered into her plea agreement, she is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571, 571–72 (8th Cir. 2019) (per curiam) (affirming dismissal of a section 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 28th day of August, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE